IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCELO SANDOVAL,

    Petitioner,

v.

CAROL HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-255-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Carol Holinka dismissing the petition of Marcelo Sandoval for a writ of habeas corpus under 28 U.S.C. § 2241 for his failure to show that he is in custody in violation of the Constitution or laws of the United States.

_Peter Oppeneer_  
Peter Oppeneer, Clerk of Court

12/1/2011  
Date