IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCELO SANDOVAL,

                                                                                              ORDER

                    Petitioner,

                                                                          11-cv-255-bbc

     v.

CAROL HOLINKA,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      As directed in this court's order of January 30, 2012, petitioner Marcelo Sandoval has submitted a copy of his trust fund account statement so that a determination may be made whether he is indigent for the purpose of proceeding on appeal <u>in forma pauperis</u> and if he is, what amount must be assessed as an initial partial payment of the fee for filing his appeal.

      From petitioner's trust fund account statement, I conclude that he qualifies for indigent status.  Further, I assess petitioner $40.12 as an initial partial payment of the $455 fee he owes for filing his appeal.

      Petitioner should show a copy of this order to prison officials to insure that they are aware they should send petitioner's initial partial appeal payment to this court.

1

ORDER

IT IS ORDERED that petitioner Marcelo Sandoval's request for leave to proceed <u>in forma pauperis</u> on appeal is GRANTED. Petitioner may have until March 1, 2012, in which to submit a check or money order made payable to the clerk of court in the amount of $40.12. If, by March 1, 2012, petitioner fails to pay the initial partial payment or explain his failure to do so, then I will advise the court of appeals of his noncompliance in paying the assessment so that it may take whatever steps it deems appropriate with respect to this appeal.

Further, the clerk of court is requested to insure that the court's financial records reflect petitioner's obligation to pay the $40.12 initial partial payment and the remainder of the $455 fee.

Entered this 10th day of February, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge